**FITAPELLI & SCHAFFER, LLP**
28 Liberty Street, 30th Floor
New York, New York 10005
Telephone: (212) 300-0375

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JESSY MANGAHAS, on behalf of herself and all others similarly situated,** <br><br> **Plaintiff,** <br><br> -against- <br><br> **EIGHT ORANGES INC. DBA THE BAO; CHIBAOLA, INC. DBA ULUH; JOANNE HONG BAO, individually, and RICHARD LAM, individually,** <br><br> **Defendants.** | No: 1:22-cv-04150 (LJL) |

### NOTICE OF PLAINTIFFS' MOTION
### FOR PRELIMINARY CERTIFICATION PURSUANT TO THE FAIR LABOR STANDARDS ACT, FOR COURT-AUTHORIZED NOTICE TO SIMILARLY SITUATED PERSONS, AND FOR EXPEDITED DISCOVERY

PLEASE TAKE NOTICE that Plaintiff Jessy Mangahas (along with Opt-In Plaintiffs, "Plaintiffs"), will move this Court, before the Honorable Lewis J. Liman, United States District Judge, at such time and date to be determined by the Court, for an Order granting conditional class certification, court-authorized notice, and expedited discovery, pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b), as well as such other and further relief as the Court deems just and proper.

Dated: New York, New York
          September 16, 2022

By: /s/ Armando A. Ortiz
**FITAPELLI & SCHAFFER, LLP**
Brian S. Schaffer
Armando A. Ortiz
Katherine K. Bonilla
28 Liberty Street, 30th Floor
New York, NY 10005
Telephone: (212) 300-0375
*Attorneys for Plaintiffs and the Putative Class*