UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSY MANGAHAS, on behalf of herself and all others similarly situated,<br><br>**Plaintiff**,<br><br>-against-<br><br>EIGHT ORANGES INC. DBA THE BAO; CHIBAOLA, INC. DBA ULUH; JOANNE HONG BAO, individually, and RICHARD LAM, individually,<br><br>**Defendants.** | Case No. 22 Civ. 04150 (LJL) |

**DECLARATION OF ARMANDO A. ORTIZ IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY CERTIFICATION PURSUANT TO THE FAIR LABOR STANDARDS ACT, FOR COURT-AUTHORIZED NOTICE TO SIMILARLY SITUATED PERSONS, AND FOR EXPEDITED DISCOVERY**

I, Armando A. Ortiz, affirm under the penalties of perjury as follows:

1.  I am a partner of Fitapelli & Schaffer, LLP ("Counsel" or "F&S") in New York, New York, counsel of record for Plaintiffs in this matter. F&S is a well-respected and nationally recognized employment litigation firm based in New York City that represents plaintiffs in a variety of employment matters, including individual and class action litigation involving wage and hour, discrimination, and harassment claims, as well as contract and severance negotiations.

2.  I am one of the lawyers primarily responsible for prosecuting Plaintiffs' claims.

3.  I submit this Declaration to place before the Court certain facts and documents relied upon by Plaintiffs in their motion for conditional class certification, court-authorized notice, and expedited discovery, pursuant to 29 U.S.C. § 216(b).

4.  F&S has significant experience prosecuting wage and hour cases, such as this one, and has obtained in excess of $100 million for workers. F&S has been appointed as class and

1

collective counsel in many federal cases, and routinely receives and files consent forms with the Court without issue or delay. *See, e.g.*, *Freeman v. Tyson Foods, Inc.*, ECF No. 43, No. 5:21 Civ. 05175, at 14, 19 (W.D. Ark. Aug. 18, 2022); *Lanning v. Wells Fargo Bank, N.A.*, No. 20 Civ. 2055, ECF No. 55 (S.D.N.Y. Nov. 24, 2021); *Gillett v. Zara USA*, No. 20 Civ. 03734, 2021 WL 1731836, at *8 (May 3, 2021); *Spiciarich v. The Gorman Group, LLC*, No. 20 Civ. 646, ECF No. 31 (N.D.N.Y. Apr. 15, 2021); *Bruno v. Wells Fargo Bank N.A.*, No. 19 Civ. 587 (RJC), 2021 WL 964938 (W.D. Pa. Mar. 15, 2021); *Hernandez v. Lochend Energy Services*, No. 20 Civ. 00064, ECF No. 44 (D.N.D. March 5, 2021); *Bruton v. Pioneer Natural Resources Company*, No. 20 Civ. 00203, ECF No. 20 (W.D. Tex. Jan. 27, 2021); *Kirby v. FIC Restaurants, Inc.*, No. 19 Civ. 1306 (FJS/ML), 2020 WL 3501398 (N.D.N.Y. Jun. 29, 2020); *Lu v. OD Inspections*, No. 20 Civ. 02063, ECF No. 24 (S.D. Tex. Dec. 24, 2020); *LeJeune v. Mammoth Energy Services, Inc.,* No. 19 Civ. 00286, ECF No. 102 (W.D. Tex. July 31, 2020); *Millin v. Brooklyn Born Chocolate*, No. 19 Civ. 3346, 2020 WL 2198125 (E.D.N.Y. May 6, 2020); *Warren v. MBI Energy Services, Inc.*, No. 19 Civ. 00800, ECF No. 33 (D. Colo. Feb. 25, 2020); *Carr v. Patriot Well Solutions, LLC*, No. 5:19 Civ. 00212, ECF No. 62 (W.D. Tex. Feb. 11, 2020).

5. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiffs' Amended Complaint.

6. Attached hereto as **Exhibit B** are a true and correct copies of excerpts from The Bao's New York State Liquor Authority application.

7. Attached hereto as **Exhibit C** are a true and correct copies of excerpts from Uluh's New York State Liquor Authority application.

8. Attached hereto as **Exhibit D** is a true and correct copy of the declaration of Jessy Mangahas.

9. Attached hereto to as **Exhibit E** is a true and correct copy of the declaration of Thinley Kalsang.

10. Attached hereto as **Exhibit F** is a true and correct copy of the declaration of Wen Bin Zhu.

11. Attached hereto as **Exhibit G** are true and correct copies of paystubs received from Jessy Mangahas, Thinley Kalsang, and Wen Bin Zhu.

12. Attached hereto as **Exhibit H** are true and correct copies of tip sheets received from Jessy Mangahas and Wen Bin Zhu.

13. Attached hereto as **Exhibit I** is a true and correct copy of Plaintiff's proposed mail notice.

14. Attached hereto as **Exhibit J** is a true and correct copy of Plaintiff's proposed email notice.

15. Attached hereto as **Exhibit K** is a true and correct copy of Plaintiff's proposed text notice.

16. Attached hereto as **Exhibit L** is a true and correct copy of Plaintiff's proposed reminder notice.

17. On or about August 9, 2022, I emailed counsel for Defendants initial versions of Plaintiff's proposed mail, email, and text notice that are virtually identical to **Exhibits I** to **K**. To date, I have not received any edits to these documents.

Dated: New York, New York
September 16, 2022

By: /s/ Armando A. Ortiz
Armando A. Ortiz

**FITAPELLI & SCHAFFER, LLP**
Brian S. Schaffer
Armando A. Ortiz
Katherine Bonilla
28 Liberty Street, 30th Floor
New York, NY 10005
Telephone: (212) 300-0375

*Attorneys for Plaintiffs and
the Putative Class and Collective*