UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSY MANGAHAS, and PITHCHAYA WOHLFAHRT, on behalf of themselves and all others similarly situated,<br><br>                      Plaintiff,<br><br>   -against-<br><br>EIGHT ORANGES INC. DBA THE BAO; CHIBAOLA, INC. DBA ULUH; JOANNE HONG BAO, individually, and RICHARD LAM, individually,<br><br>                      Defendants. | No: 1:22-cv-04150 (LJL) |

NOTICE OF PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION PURSUANT TO FED. R. CIV. P. 23
AND CLASS NOTICE

**PLEASE TAKE NOTICE** that for the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Class Certification Pursuant to Fed. R. Civ. P. 23 ("Motion for Class Certification") and in the Declaration of Armando A. Ortiz and all exhibits enclosed in support, Plaintiffs Jessy Mangahas and Pithchaya Wohlfahrt respectfully request that the Court enter an Order:

(1) Certifying a class defined as all "Tipped Workers such as servers, runners, and bussers who worked at The Bao and Uluh from October 5, 2015 through the present;"

(2) Appointing Jessy Mangahas and Pithchaya Wohlfahrt as Class Representatives;

(3) Appointing Fitapelli & Schaffer, LLP as Class Counsel;

(4) To the extent not already provided in payroll records, ordering Defendants to produce to Plaintiffs a Microsoft Excel list, in electronic format, of all the NYLL Class members' names, last known address, email addresses, all known telephone numbers, dates of employment, and job titles;

1

(5) Authorizing notice to all Class Members; and

(6) Any other relief the Court deems just and warranted.

Dated: New York, New York
        December 7, 2023

                    Respectfully submitted,

                    By: /s/ Armando A. Ortiz

**FITAPELLI & SCHAFFER, LLP**
Brian S. Schaffer
Armando A. Ortiz
Katherine K. Bonilla
28 Liberty Street, 30th Floor
New York, NY 10005
Telephone: (212) 300-0375

*Attorneys for Plaintiffs and the Putative Class*