UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSY MANGAHAS, ET AL.,<br><br>                Plaintiffs,<br><br>-against-<br><br>EIGHT ORANGES INC., ET AL.,<br><br>                Defendants. | 22-CV-04150 (LJL)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      A settlement conference in this case was scheduled for Monday, February 12, 2024. As per my Order on January 4, 2024, ex-parte settlement letters were due yesterday by 5 P.M. The parties have not complied. I am sua sponte extending the February 5, 2024 deadline nunc pro tunc until 9 AM on **February 7, 2024**.

DATED:  February 6, 2024
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge