UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSY MANGAHAS, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> EIGHT ORANGES INC., et al., <br><br> Defendants. | 22-CV-04150(LKL) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A settlement conference is scheduled for **Monday, March 11, 2024 at 9:30 a.m.** in Courtroom 9B at 500 Pearl Street, New York, NY, 10007.

Corporate parties must send the person with decision-making authority to settle the matter to the conference.

DATED: February 12, 2024
        New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge