UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSY MANGAHAS, and PITCHAYA WOHFLAHRT, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br> -against-<br><br>EIGHT ORANGES INC. DBA THE BAO; CHIBAOLA, INC. DBA ULUH; JOANNE HONG BAO, individually, and RICHARD LAM, individually,<br><br>        Defendants. | Case No.: 1:22-cv-04150 (LJL)<br><br>**DECLARATION OF RICHARD LAM** |

I, Richard Lam, declare under penalty of perjury that the following statements are true and correct:

1. To the best of my knowledge, all the statements made in this Declaration are true and correct.

2. I am over 18 years of age. I reside at 13619 Franklin Avenue, #7A, Flushing, New York, 11355. I am fully competent to make this Declaration, and I have personal knowledge of the facts stated in this Declaration.

3. I am the president and 100% owner of the Defendants Eight Oranges, Inc. d/b/a "The Bao" (hereinafter referred to as "Eight Oranges") and Chibaola, Inc. d/b/a "Uluh" (hereinafter referred to as "Chibaola") (collectively referred to as the "Restaurants" or "Defendants"), and as such, I am fully familiar with the relevant facts and circumstances of this matter.

4. I respectfully submit this Declaration in support of Defendants' Motion for Partial Summary Judgment.

5. Defendant Eight Oranges is a corporation incorporated on or about March 19, 2014 under the laws of the State of New York.

6. Defendant Chibaola is a corporation incorporated on or about October 6, 2016 under the laws of the State of New York.

7. As of 2018, I am the sole owner of 100% of the shares of the stock of Defendant Eight Oranges.

8. As of 2016, I am the sole owner of 100% of the shares of the stock of Defendant Chibaola.

9. Defendant Eight Oranges operates a restaurant located at 13 Saint Marks Place, New York, New York 10003, under the trade name "The Bao."

10. Defendant Chibaola operates a restaurant at 152 Second Avenue, New York, New York 10003, under the trade name "Uluh."

11. Defendant Joanne Hong Bao (hereinafter "Bao") is my wife.

12. Defendant Bao, during the relevant time period of this matter, did not oversee the hiring and firing of employees at either of the Restaurants.

13. Defendant Bao, during the relevant time period of this matter, did not supervise and control the employees' work schedules or conditions of employment at the Restaurants.

14. Defendant Bao, during the relevant time period of this matter, did not determine the rate and method of payment of employees at the Restaurants.

15. Defendant Bao, during the relevant time period of this matter, did not maintain the employment records of the Restaurants.

16. Throughout the relevant time period of this matter, I was ultimately responsible for (with assistance from the team leaders at both restaurants) overseeing the hiring and firing of

employees at the Restaurants, supervision and control of employees' work schedules or conditions of employment, determining the employees' pay rates and method of payments, and previously with the assistance of a bookkeeper maintain employment records.

17. It was my intention to operate the two restaurants as two separate entities.

18. Eight Oranges controlled its own day-to-day management and maintained its own bank accounts, financial records, and insurance policy.

19. Eight Oranges had its own taxation responsibilities, bore its own business expenses or loss, and shared no profit or revenue with Chibaola. Eight Oranges was responsible for its own contracts with or debts and liabilities to third parties.

20. Chibaola controlled its own day-to-day management and maintained its own bank accounts, financial records, and insurance policy.

21. Chibaola had its own taxation responsibilities, bore its own business expenses or loss, and shared no profit or revenue with Eight Oranges. Chibaola was responsible for its own contracts with or debts and liabilities to third parties.

22. When Eight Oranges applied for a liquor license, Joanne Hong Bao helped with the Eight Oranges' application because of her good credit record. Because the application was prepared and filed by a third party, we never meant for Joanne Hong Bao to have a significant role at Eight Oranges or Chibaola. Shortly after the filing of the application, I assumed the responsibility of the management and day-to-day operations of Eight Oranges and Chibaola.

23. For the foregoing reasons, I respectfully request the Court to dismiss the Plaintiffs' complaint in its entirety as to my wife Joanne Hong Bao, and for such other relief as to the Court may seem just and proper, together with attorney's fees, costs, and disbursements in this action.

## **CERTIFICATION**

I certify that the foregoing Declaration is true to my own knowledge, except as to matter therein stated to be alleged on information and belief and as to those matters I believe it to be true. I am fully aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: 4/20/24

Richard Lam

4