UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSY MANGAHAS, and PITCHAYA WOHFLAHRT, on behalf of themselves and all others similarly situated,<br><br>                              Plaintiffs,<br><br>     -against-<br><br>EIGHT ORANGES INC. DBA THE BAO; CHIBAOLA, INC. DBA ULUH; JOANNE HONG BAO, individually, and RICHARD LAM, individually,<br><br>                              Defendants. | Case No.: 1:22-cv-04150 (LJL)<br><br>**DECLARATION OF JOANNE HONG BAO** |

I, Joanne Hong Bao, declare under penalty of perjury that the following facts are true and correct:

1. To the best of my knowledge, all the statements made in this Declaration are true and correct.

2. I am over 18 years of age. I reside at 13619 Franklin Avenue, #7A, Flushing, New York, 11355. I am fully competent to make this Declaration, and I have personal knowledge of the facts stated in this Declaration.

3. I am the wife of Defendant Richard Lam in the above-captioned matter.

4. Eight Oranges, Inc. operates a restaurant in Manhattan under the trade name The Bao.

5. Chibaola, Inc. operates a restaurant in Manhattan under the trade name Uluh.

6. I do not currently own any shares in the corporate defendants Eight Oranges, Inc. or Chibaola, Inc., nor have I owned any shares since prior to the relevant time period in this matter.

7. My husband, Richard Lam, is the sole owner of 100% of the shares of stock of Eight Oranges, Inc. and Chibaola, Inc.

8. I respectfully submit this Declaration in support of Defendants' Motion for Partial Summary Judgment.

9. I do not hold any formal management position within Eight Oranges, Inc. or Chibaola, Inc.

10. I do not participate in the management operations of Eight Oranges, Inc. or Chibaola, Inc.

11. I do not participate or oversee the hiring and firing of employees at either Eight Oranges, Inc. or Chibaola, Inc.

12. I do not supervise and control the work schedules or conditions of employment of the employees at Eight Oranges, Inc. or Chibaola, Inc.

13. I do not determine the rate and method of payment for employees of Eight Oranges, Inc. or Chibaola, Inc.

14. I have never maintained the employment records for Eight Oranges, Inc. or Chibaola, Inc.

15. To the best of my knowledge, my husband, Richard Lam, his former bookkeeper Lu Mei Zhang, and Team Leaders at Eight Oranges, Inc. and Chibaola, Inc. controlled and determined the hiring/firing of employees, work schedules of employees, conditions of employment, rate and method of payment of employees, and maintained the employment records of employees.

16.     I am not at the restaurants on a daily basis, and I occasionally visit the restaurants for dinner with friends or accompany my husband to the restaurants when he has to conduct business there.

17.     I occasionally assist by helping with minor tasks at the restaurants, but I do not involve myself in the managerial duties of the restaurants.

18.     For the foregoing reasons, I respectfully request the Court to dismiss the Plaintiffs' complaint in its entirety as to myself, and for such other relief as to the Court may seem just and proper, together with attorney's fees, costs, and disbursements in this action.

19.     This Declaration was translated to Chinese for me.

## CERTIFICATION

I certify that the foregoing Declaration is true to my own knowledge, except as to matter therein stated to be alleged on information and belief and as to those matters I believe it to be true. I am fully aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: 4/20/24

Joanne Hong Bab