UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSY MANGAHAS, and PITCHAYA WOHFLAHRT, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>  -against-<br><br>EIGHT ORANGES INC. DBA THE BAO; CHIBAOLA, INC. DBA ULUH; JOANNE HONG BAO, individually, and RICHARD LAM, individually,<br><br>                    Defendants. | Case No.: 1:22-cv-04150 (LJL) |

---

**DEFENDANTS' RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF PARTIAL MOTION FOR SUMMARY JUDGMENT**

---

**WHITE & NG, LLC**
Jonathan Ng, Esq.
Rolanzo R. White, Esq.
190 Moore Street, Suite 204
Hackensack, New Jersey 07601
Telephone: (201) 968-5022

*Attorneys for Defendants*

Pursuant to Local Rule 56.1, Defendants Eight Oranges Inc. ("Eight Oranges'), Chibaola Inc. ("Chibaola"), Richard Lam ("Lam"), and Joanne Hong Bao ("Bao") submit this statement of material facts as to which Defendants contend there are no genuine issues of material fact in dispute.

1. Defendant Eight Oranges is a corporation that operates a Chinese restaurant called The Bao in New York, New York. *See* Paragraph 9 of Defendant Lam's Declaration (hereinafter "Lam Decl."); Exhibit 1 of the Affirmation of Jonathan Ng (hereinafter "Ng Aff."), a printout of The Bao's menu from its website.

2. Defendant Chibaola is a corporation that operates a Chinese restaurant called Uluh in New York, New York. *See* Lam Decl. ¶ 10; Exhibit 2 of Ng Aff., a printout of Uluh's menu from its website.

3. Defendant Eight Oranges is a corporation that was incorporated under the laws of the State of New York on or about March 19, 2014. *See* Lam Decl. ¶ 5; Exhibit 3 of Ng Aff., a printout of New York State's Department of State Entity Information page for Defendant Eight Oranges.

4. Defendant Chibaola is a corporation that was incorporated under the laws of the State of New York on or about October 6, 2016. *See* Lam Decl. ¶ 6; Exhibit 4 of Ng Aff., a printout of New York State's Department of State Entity Information page for Defendant Chibaola.

5. Defendant Lam is the sole owner of 100% of the shares of the stock of Defendant Eight Oranges. *See* Lam Decl. ¶ 7; Exhibit 5 of Ng Aff., a copy of Defendant Eight Orange's 2018 Schedule K-1 (hereinafter "Exh. 5").

6. Defendant Lam is the sole owner of 100% of the shares of the stock of Defendant Chibaola. *See* Lam Decl. ¶ 8; Exhibit 6 of Ng Aff., a copy of Defendant Chibaola's 2018 Schedule K-1 (hereinafter "Exh. 6").

7. Defendant Bao is the wife of Defendant Lam. *See* Lam Decl. ¶ 11.

8. Defendant Lam oversaw the management operations of both Eight Oranges and Chibaola. *See* Lam Decl. ¶ 16.

9. Defendant Bao does not hold any formal management position at Eight Oranges or Chibaola. *See* Paragraph 9 of Defendant Bao's Declaration (hereinafter "Bao Decl.").

10. Defendant Bao does not participate in the management operations of either Eight Oranges or Chibaola. *See* Bao Decl. ¶ 10.

11. The individual known as Lu Mei Zhang ("Ms. Zhang") is a former employee of the Defendants and assisted Defendant Lam in running the restaurants, including but not limited to payroll. *See* Page 55: Lines 3-19 of Exhibit 7 of Ng Aff., a copy of Defendants' Rule 30(b)(6)-Richard Lam Deposition Transcript (hereinafter "Lam Tr.").

12. Plaintiff Upendra Shahi was a team leader and manager at Eight Oranges. *See* Page 14: Lines 3-13 of Exhibit 11 of Ng Aff., a copy of the Deposition Transcript of Plaintiff Upendra Shahi (hereinafter "Shahi Tr.").

13. The authority to hire or fire employees at either Eight Oranges or Chibaola remained with Defendant Lam, Ms. Zhang, and the team leaders of Eight Oranges and Chibaola. *See* Lam Decl. ¶ 16; Lam Tr. at 93:6-7; Shahi Tr. at 21-22: 19-25, 1-18; Page 27: Lines 22-24 of Exhibit 13 of Ng Aff., a copy of the Deposition Transcript of Plaintiff Yi Zhang (hereinafter "Zhang Tr."); Page 11: Lines 17-19 of Exhibit 16 to Ng Aff., a copy of the Deposition Transcript of Plaintiff Wochao Chen (hereinafter "Chen Tr.").

14. Defendant Lam, Ms. Zhang, and other team leaders at Eight Oranges and Chibaola were responsible for supervising and controlling employee work schedules or conditions of employment. *See* Lam Decl. ¶ 16; Shahi Tr. at 11: 15-25; Page 18: Lines 1-7 of Exhibit 9 of Ng

Aff., a copy of the Deposition Transcript of named Plaintiff Jessy Mangahas (hereinafter "Mangahas Tr."); Mangahas Tr. at 35: 5-17; Page 10: Lines 6-17 of Exhibit 15 of Ng Aff., a copy of the Deposition Transcript of Plaintiff Ying Ying Yuan (hereinafter "Yuan Tr.").

15. Defendant Lam, Ms. Zhang, and other team leaders of Eight Oranges and Chibaola were responsible for determining the rate and method of payment with the help of Defendant Lam's accountant. *See* Lam Decl. ¶ 16; Lam Tr. at 71: 16-24; Mangahas Tr. at 39: 6-16, 40: 1-19; Shahi Tr. at 32: 18-24.

16. Defendant Lam and Ms. Zhang were the only individuals who maintained the employment records for Eight Oranges and Chibaola. *See* Lam Decl. ¶ 16; Lam Tr. at 54: 16-25, 55: 2-25.

17. Defendant Bao lacks fluency in the English language. As such, Defendant Bao does not maintain any of the employment records for either Eight Oranges or Chibaola. *See* Page 75: Lines 9-25, Page 76: Lines 1-3 of Exhibit 8 of Ng Aff., a copy of the Deposition Transcript of Defendant Bao (hereinafter "Bao Tr.").

18. Defendant Bao has no ownership interest in Defendant Eight Oranges. *See* Lam Decl. ¶ 7; Exh. 5 of Ng Aff.

19. Defendant Bao has no ownership interest in Defendant Chibaola. *See* Lam Decl. ¶ 8; Exh. 6 of Ng Aff.

20. Defendant Bao was not present at Eight Oranges or Chibaola on a daily basis. Defendant Bao's visitation at Eight Oranges and Chibaola varied to the level that it was impractical for her to be perceived to control or manage any of Eight Oranges or Chibaola's employees. *See* Bao Tr. at 45: 12-25, 46: 2-12; Mangahas Tr. at 91: 18-25, 92: 2-25, 93: 2-25.

21. Defendant Eight Oranges had Ms. Zhang and other team leaders, Plaintiff Shahi, being one of the team leaders, manage and control the day-to-day operations, as well as conditions of employment of employees at Eight Oranges in the absence of Defendant Lam. *See* Mangahas Tr. at 29: 18-25, 30: 1-25; Lam Tr. at 93: 2-17.

22. Defendant Chibaola had Ms. Zhang and other team leaders, Adu, being one of the team leaders, manage and control the day-to-day operations and conditions of employment of employees at Chibaola in the absence of Defendant Lam. *See* Lam Tr. at 93: 2-17; Mangahas Tr. at 34: 5-20.

23. Defendant Bao's involvement in the operations of Eight Oranges and Chibaola was minuscule, to the point that her involvement was nothing more than general observations or opinions that any reasonable person who visited the restaurants may have had. *See* Mangahas Tr. at 92: 7-25, 93: 1-23.

| | |
|---|---|
| Dated: Hackensack, New Jersey<br>April 22, 2024 | Respectfully submitted,<br><br>/s/ Jonathan Ng<br>Jonathan Ng, Esq.<br><br>**WHITE & NG, LLC**<br>Jonathan Ng, Esq.<br>Rolanzo R. White, Esq.<br>190 Moore Street, Suite 204<br>Hackensack, New Jersey 07601<br>(201) 968-5022<br>jonathan@whiteng.co<br><br>*Attorneys for Defendants* |

### CERTIFICATE OF SERVICE

    I hereby certify that I filed the foregoing with the Court using the CM/ECF filing system, which will send a true and correct copy to all counsel of record. I also certify that I served via email to counsel for Plaintiffs a Word version of this document on the date above to the following:

Brian S. Schaffer
Armando A. Ortiz
Katherine K. Bonilla
**Fitapelli & Schaffer, LLP**
28 Liberty Street, 30th Floor
New York, New York
aortiz@fslawfirm.com
kbonilla@fslawfirm.com

                                                                                              /s/ Jonathan Ng
                                                                                              Jonathan Ng, Esq.