

28 Liberty Street, 30th Floor • New York, NY 10005
Telephone: (212) 300-0375 • Facsimile: (212) 481-1333 • www.fslawfirm.com

August 8, 2024

**VIA CM/ECF**
Hon. Lewis J. Liman, U.S.D.J.
U.S. District Court for the
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

*Re: Mangahas v. Eight Oranges Inc. et al.*, No. 22 Civ. 04150 (S.D.N.Y.)

Dear Judge Liman,

    We represent the Plaintiffs, opt-in Plaintiffs, and the class in the above referenced matter. We write to the Court with a status report on proposed alternative notice and notice of outstanding issues to be decided by the Court.

    As the Court will recall, the current Rule 23 Class List is deficient. See ECF No. 147. Thus, Plaintiffs have retained Rust Consulting ("Rust"), an experienced and third-party claim administrator, to effectuate class notice in this case and to assist in determining what proper alternative notice would be best under the circumstances. After conferring with Rust about the incomplete class list and alternative notice, their recommendation is a combination of newspaper and digital advertisements. Specifically, Rust recommends two newspaper print ads (during week 1 and week 3 of the notice period), along with digital ads that would appear on the World Journal[1] website for an approximate time period of 2 weeks. An example of where the digital ad would appear is attached as **Exhibit A**. The proposed print and digital ads are enclosed as **Exhibit B** for approval, subject to additional non-substantive edits based on printer requirements. Based on Rust's estimates, the cost for this alternative notice is approximately $6,592.00, in addition to the cost associated with mail notice. To be clear, this additional notice cost is necessary due to Defendants' inadequate records; records that by law they are required to keep.[2] While this is likely premature, Plaintiffs will be seeking reimbursement of this extra cost should they prevail in this matter as part of their reasonable costs under the FLSA and NYLL.

    Rust estimates the newspaper and digital ads would be ready between 2 to 3 weeks from when the notices are finalized.

    Additionally, Rust recommends that the class notice include "a call to action" statement that encourages recipients to reach out to former coworkers. As such, we request that the Court approve the slightly revised class notice attached as **Exhibit C** with this inclusion. Defendant does not object to this addition.

---

[1] The Parties have previously agreed The World Journal is the best newspaper to utilize.
[2] The information sought in the class list is simply that which is required by law to be kept by the employer and presented for inspection within 72 hours to the Department of Labor. See 29 C.F.R. 516.2(a) (employee names and addresses); 516.7(a) (these records must be presented upon inspection request).

Fitapelli & Schaffer, LLP
August 8, 2024
Page 2

---

Defendants confirmed that notice would be posted in the service areas between the kitchen and dining room at both restaurants where tipped workers could readily see it, and confirmed notice would be sent to current tipped workers via WeChat. We propose that posting and the WeChat notice be synchronized with the newspaper/digital/mailing campaign.

**Remaining Disputed Issues:**

Defendants object to Richard Lam and Joanne Hong Bao's being named in the newspaper ad. This objection should be overruled because they are both named defendants in this case, and are likewise named in the standard mail notice.

\*    \*    \*

We thank the Court for its time and attention to this issue and would welcome a telephone call if needed to address these items further. Upon approval, the Parties would work towards finalizing the notice process, and advise the Court when the 30-day opt out period begins and ends.

Sincerely,

/s/ Armando A. Ortiz
Armando A. Ortiz

*Counsel for Plaintiffs, Opt-in Plaintiffs, and Class Members*

CC:   Defendants' Counsel (via ECF)

Class notice is approved.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

August 9, 2024