```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
JESSY MANGAHAS, *on behalf of herself and all others* :
*similarly situated*, :
:
Plaintiff, :         22-cv-4150 (LJL)
:
-v- :         ORDER
:
EIGHT ORANGES INC. et al, :
:
Defendants. :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Parties' request for alternative notice states that "[u]pon approval, the Parties would work towards finalizing the notice process, and advise the Court when the 30-day opt out period begins and ends." Dkt. No. 149. The Court approved class notice on August 9, 2024. Dkt. No. 150. The Parties have not yet provided such information to the Court.

    SO ORDERED.

Dated: September 12, 2024
      New York, New York  _____
                                                                          LEWIS J. LIMAN
                                                                         United States District Judge