```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/13/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JESSY MANGAHAS, *on behalf of herself and all others*  :
*similarly situated*,                                  :
:
                         Plaintiff,                :      22-cv-4150 (LJL)
:
        -v-                                           :      <u>ORDER</u>
:
EIGHT ORANGES INC. et al,                              :
:
                         Defendants.                :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       This case is being tried on December 2, 2024.  The Court will hold a conference on Monday, September 16, 2024 at 10 AM, to discuss the timing of class notice.  The conference will be held in Courtroom 15C of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007.

       Plaintiffs' counsel is directed to have Rust Consulting in attendance in the event that Plaintiffs would be unable to meet a deadline of September 23, 2024 for the distribution of class notice with a deadline to opt out 30 days later.

       SO ORDERED.

Dated: September 13, 2024                     _____
      New York, New York                             LEWIS J. LIMAN
                                                             United States District Judge