UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSY MANGAHAS, and PITHCHAYA WOHLFAHRT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>EIGHT ORANGES INC. DBA THE BAO; CHIBAOLA, INC. DBA ULUH; JOANNE HONG BAO, individually, and RICHARD LAM, individually,<br><br>Defendants. | Case No. 22 Civ. 04150 (LJL) |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF PLAINTIFFS' PROPOSED NOTICES OF SETTLEMENT
AND CLASS ACTION SETTLEMENT PROCEDURE**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement ("Motion for Preliminary Approval") and in the Declaration of Armando A. Ortiz in Support of Plaintiffs' Motion for Preliminary Approval ("Ortiz Declaration"), and based on the pleadings and proceedings heretofore had herein, Plaintiffs respectfully move the Court, before the Hon. Lewis J. Liman, United States District Judge, in the United States District Court for the Southern District of New York, 500 Pearl Street, Courtroom 15C, New York, NY 10007, on a return date to be set by the Court, to enter an Order:

(1) granting preliminary approval of the Settlement Agreement attached as **Exhibit A** to the Ortiz Declaration;

(2) conditionally certifying the following settlement class under Fed. R. Civ. P. 23(a) and (b)(3) for purposes of effectuating the settlement:

      All persons who work or have worked as servers, bussers, runners, bartenders, barbacks and all other similar employees at The Bao located at 13 St. Mark Place, New York, New York 10003 and Uluh located at 152 2nd Avenue, New York, New York 10003 between October 15, 2015 and October 1, 2023.

(3)    Confirming Fitapelli & Schaffer, LLP as Class Counsel;

(4)    approving Plaintiffs' Notices of Class Action Lawsuit Settlement and Fairness Hearing, attached as **Exhibit B** to the Ortiz Declaration;

(5)    appointing Rust Consulting to administer the settlement process and distribute the Notices of Class Action Lawsuit Settlement and Fairness Hearing;

(6)    approving Plaintiffs' proposed schedule for final settlement approval; and

(7)    granting such other, further, or different relief as the Court deems just and proper.

*   *   *

Plaintiffs have contemporaneously submitted a Proposed Order, attached as **Exhibit D** to the Ortiz Declaration, for the Court's convenience.

Dated: New York, New York
       July 10, 2025

                                              Respectfully submitted,

                                              /s/ Armando A. Ortiz
                                              Armando A. Ortiz

                                              **FITAPELLI & SCHAFFER, LLP**
                                              Brian S. Schaffer
                                              Armando A. Ortiz
                                              Katherine Bonilla
                                              28 Liberty Street, 30th Floor
                                              New York, New York 10005
                                              Telephone: (212) 300-0375

                                              *Attorneys for Plaintiffs and*
                                              *the Putative Classes*