```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
JESSY MANGAHAS, et al.,                                          :
                                                                 :
                         Plaintiffs,                             :
                                                                 :         22-cv-4150 (LJL)
        -v-                                                      :
                                                                 :             ORDER
EIGHT ORANGES INC., et al.,                                      :
                                                                 :
                         Defendants.                             :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2025

LEWIS J. LIMAN, United States District Judge:

A fairness hearing in this case is scheduled for October 21, 2025. In addition to addressing generally the fairness, reasonableness, and appropriateness of the settlement, the plan of allocation, and the request for attorneys' fees and service awards, the parties shall be prepared to address the following:

1. The reversionary aspect of the settlement. *See* Dkt. No. 206-1 § 3.5(G).

2. The request for a quick-pay provision for attorneys' fees and service awards. *Id.* § 3.1(C).

3. The magnitude of and justification for the service awards and the relative recovery of those class members who will receive service awards compared to those who will not.

4. The justification for the additional quarter point for opt-in plaintiffs under the proposed Plan of Allocation.

SO ORDERED.

Dated: October 20, 2025
       New York, New York

                                    _____
                                           LEWIS J. LIMAN
                                    United States District Judge