**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JESSY MANGAHAS, et al.,

                Plaintiffs,

    -against-                          22 **CIVIL** 4150 (LJL)

                                        **JUDGMENT**

EIGHT ORANGES INC. d/b/a THE BAO, et al.,

                Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated October 30, 2025, Plaintiffs' motion for certification of the Settlement Class and for final approval of the Settlement Agreement under Rule 23 and FLSA is GRANTED except as otherwise noted in the Opinion and Order. Class Counsel's motion for fees, costs, and administrative expenses is GRANTED. The motion for service awards is GRANTED.

**Dated:**  New York, New York

        October 31, 2025

                                                          **TAMMI M. HELLWIG**
                                                            **Clerk of Court**

                      **BY:**        *K. Mango*

                                                            **Deputy Clerk**