```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
JESSY MANGAHAS, et al.,                                            :
                                                                   :
                              Plaintiffs,                          :
                                                                   :       22-cv-4150 (LJL)
           -v-                                                     :
                                                                   :           ORDER
EIGHT ORANGES INC., et al.,                                        :
                                                                   :
                              Defendants.                          :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

Class Counsel has filed a letter seeking clarification over whether the Court's Final Approval Order and Final Judgment awarded one-third of the gross settlement fund as attorneys' fees *and* costs, or whether the one-third award accounted only for attorneys' fees. *See* Dkt. Nos. 211, 212, 214. The Court granted Class Counsel's request for attorneys' fees and costs in full. *See* Dkt. No. 209 at 29, 33. Although Class Counsel's briefing and supporting declaration suggest at points that Class Counsel sought one-third of the settlement fund for both fees and costs, the Settlement Agreement provides that Class Counsel shall seek reimbursement of reasonable costs and expenses in addition to the one-third award for attorneys' fees. *See* Dkt. No. 201-1 ¶ 3.2(A). In its Opinion and Order, the Court found that the request for $39,451.27 in expenses was reasonable, and that the costs were necessarily incurred. Dkt. No. 209 at 28–29. The Court also found that Class Counsel's request for one-third of the settlement fund as an award for attorneys' fees was reasonable and appropriate. *Id.* at 20–28. Thus, it necessarily follows that notwithstanding any ambiguity in Class Counsel's briefing, Class Counsel is entitled to $39,451.27 in expenses in addition to an award of one-third of the gross settlement fund.

The Court therefore clarifies that its Final Approval Order and Judgment include a

separate award of $39,451.27 for reasonable costs and expenses on top of the one-third award for attorneys' fees.

SO ORDERED.

Dated: November 10, 2025
      New York, New York

                                          LEWIS J. LIMAN
                                     United States District Judge