

28  Liberty Street, 30th Floor • New  York,  NY  10005

Telephone: (212) 300-0375 • Facsimile: (212) 481-1333 • www.fslawfirm.com

April 6, 2026

**VIA CM/ECF**
Hon. Lewis J. Liman, U.S.D.J.
U.S. District Court for the
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

*Re: Mangahas v. Eight Oranges Inc. et al.*, **No. 22 Civ. 04150 (S.D.N.Y.)**

Dear Judge Liman,

We represent the Plaintiffs, opt-in Plaintiffs, and the Class in the above referenced matter. We write jointly with Defendants to respectfully request that the in-person conference currently scheduled for April 15, 2026 at 3:00pm be rescheduled to Monday April 20, 2026 at 10:00am. This is the Parties first request to reschedule this in person conference.

We thank the Court for its time and attention to this issue.

Sincerely,

/s/ Armando A. Ortiz
Armando A. Ortiz

*Counsel for Plaintiffs, Opt-in Plaintiffs, and Class Members*

CC:    Defendants' Counsel (via ECF)

The request is GRANTED.

The conference scheduled for April 15, 2026, at 3:00 PM is adjourned to April 20, 2026, at 10:00 AM in Courtroom 15C of the 500 Pearl Street Courthouse.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

April 13, 2026