**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **JESSY MANGAHAS, and PITHCHAYA WOHLFAHRT, on behalf of themselves and all others similarly situated,**<br><br>**Plaintiffs,**<br><br>**-against-**<br><br>**EIGHT ORANGES INC. DBA THE BAO; CHIBAOLA, INC. DBA ULUH; JOANNE HONG BAO, individually, and RICHARD LAM, individually,**<br><br>**Defendants.** | **Case No. 22 Civ. 04150 (LJL)**<br><br>**~~[PROPOSED]~~ JUDGMENT** |

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 30, 2025 and November 10, 2025, Plaintiffs' motion for certification of the Settlement Class and for final approval of the Settlement Agreement under Rule 23 and FLSA is GRANTED except as otherwise noted in the Opinion and Order. Class Counsel's motion for fees, costs, and administrative expenses is GRANTED. The motion for service awards is GRANTED.

**IT IS ADJUDGED AND ORDERED** that Judgment be enforceable immediately in favor of Plaintiffs, Jessy Mangahas and Pithchaya Wohlfahrt, individually and as Class Representatives, against Defendants, Eight Oranges Inc., Chibaola, Inc., Joanne Hong Bao, and Richard Lam, jointly and severally, in the principal amount of $1,750,000.00.

**Dated:** October 29, 2026
New York, New York

**Lewis J. Liman**
United States District Judge